**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMADA WORLDWIDE INC., | Civil Action No.: 05-CV-4051 (JLL) |
| Plaintiff, | |
| v. | |
| GRACELAWN REALTY INC. and ROBERT HAGENBACH, | **O R D E R** |
| Defendants. | |

This matter having come before the Court on the Report and Recommendation of United States Magistrate Ronald J. Hedges, filed April 26, 2006; and the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter; and

For good cause shown;

IT IS on this 23rd day of May, 2006,

ORDERED that the Report and Recommendation of Magistrate Judge Hedges filed April 26, 2006, recommending that Defendant's motion to dismiss [Docket Entry #3] be granted without prejudice and that Defendants' application for attorneys fees be denied, as the dismissal is not a ruling on the merits and for failure to comply with Rule 11, is hereby ADOPTED as the findings of fact and conclusions of law of this Court.

This case is CLOSED.

DATED: May 23, 2006

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE